IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MILDRED GONZALEZ-GERENA,**
**et al.,**
**Plaintiffs**

**v.**                                                                                       **CIVIL NO. 05-1116(DRD)**

**BRISTOL MYERS SQUIBB**
**MANUFACTURING, INC., et al.,**
**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 6/15/2005**<br>**Docket #11**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Requesting Leave to Amend Complaint, and/or Requesting Reconsideration of the Court's Denial or Leave to Amend the Complaint | **GRANTED.** The Court notes that Rule 15(a) provides that "leave shall be freely given when justice so requires". Foman v. Davis, 371 U.S. 178, 182 (1962); Rule 15(a) Fed.R.Civ.P., 28 U.S.C. However, plaintiff is forewarned that the Amended Complaint shall include all possible causes of action and discovery sought shall be related to the causes of action as averred in the Amended Complaint. The Amended Complaint shall be filed **within thirty (30) days** from the issuance of this Order. **This is a FIRM DATE.** Defendants shall file their Answer to the Amended Complaint **twenty (20) days thereafter**. **Absolutely any request for an extension of time shall be SUMMARILY DENIED.** Shall defendants fail to file their Answer to the Complaint within the deadline provided, plaintiff shall move **forthwith** for Entry of Default. |
| **Date Filed: 9/23/2005**<br>**Docket #13**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion Requesting Leave to File an Amended Complaint | **MOOT.** See ruling at Docket Entry No. 11. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 13th day of March 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE